# EXHIBIT 2

## TO THE COMPLAINT

2026/2/9 18:11

Case 1:26-cv-01493 Document #10-2 Filed 02/13/26 Page 2 of 3 PageID #:78

OFSLWJ 32-Inch Blue Number Balloons, Large Foil Number 0-9 Set, Party Decorations for Birthdays, Weddings, Anniversaries (Number 1)



# CY-SHOP

HOME    ALL PRODUCTS    BRA    CLOTHING    PAYMENT METHOD    ORDER TRACKING

Home / OFSLWJ 32-Inch Blue Number Balloons, Large Foil Number 0-9 Set, Party Decorations for Birthdays, Weddings, Anniversaries (Number 1)



## OFSLWJ 32-Inch Blue Number Balloons, Large Foil Number 0-9 Set, Party Decorations for Birthdays, Weddings, Anniversaries (Number 1)

OFSLWJ 32-Inch Blue Number Balloons, Large Foil Number 0-9 Set, Party Decorations for Birthdays, Weddings, Anniversaries (Number 1)

Sold 265461 only 999999999 item(s) left

**$6.99** ~~$12.99~~ Save 46%                Sold 265461

Quantity

 — 1 +

Add to cart - $6.99

Buy now

Share the love   f   t   P

🌐  Free worldwide shipping

🚚  Free returns

🏷️  Sustainably made

🔒  Secure payments

### Description

| Occasion | Birthday |
| --- | --- |
| Included Components | Balloon Arch |
| Theme | Number |
| Material | Polyethylene (PE) |
| Item dimensions L x W x H | 5 x 3 x 0.1 inches |
| Number Theme | Number 1 |
| Size | Number 1 |
| Brand | Generic |

ofslwj 32-inch Blue Number Balloons, Large Foil Number 0-9 Set, Party Decorations for Birthdays, Weddings, Anniversaries (Number 1)

| CPSIA Cautionary Statement | No Warning Applicable |
|---|---|

## SERVICE

RETURN & EXCHANGE POLICY

TERMS OF USE

TERMS OF SERVICE

PRIVACY POLICY

REFUND POLICY

## SUPPORT

ABOUT US

CONTACT US

SHIPPING POLICY

COPYRIGHT NOTICE

CY-SHOP

## Newsletter

We send great emails!

Your email    Join

Get the App

© 2026 CY-SHOP

PayPal