# EXHIBIT 3



Toys & Games › Party Supplies › Decorations › Balloons

## Large Gold 32-Inch Number 70 Balloonsfor 70th Birthday, Anniversary &Graduation | Jumbo Ofslwj Foil Mylar,Helium or Air Filled, Includes Hand AirPump

Brand: Generic

Search this page

$16.99

Price history

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| Occasion | Anniversary, Birthday, Graduation |
| --- | --- |
| Color | Gold |
| Included Components | Number Balloons |
| Theme | Party |
| Material | Foil, Mylar |
| Unit Count | 1.0 Count |

˅ See more

### About this item

- Free Hand Air Pump Included: Comes with a complimentary hand air pump for quick, easy, and convenient inflation without the need for additional tools or equipment.
- GOLD NUMBER 70 BALLOON SET (SET OF 2) This set includes two 32-inch gold foil number balloons—7 and 0—to create the number 70. Perfect for 70th birthdays, anniversaries, and

$16.99

FREE delivery December 12 - 19. Details

Or fastest delivery December 5 - 14. Order within 9 hrs 48 mins. Details

⊚ Deliver to John - Chicago 60607

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | DUOLETI |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Save this item**

Add to List

Click to see full view



★★★★★ 100     ★★★★☆ 279     ★★★★☆ 2,762     ★★★★☆ 111     ★★★★☆ 3,239     ★★★★☆ 149     ★★★★☆ 1,917

$4⁹⁹    $29⁹⁹    $6⁹⁹    $4⁹⁹    -27% $4⁹⁹    $11⁹⁹ ($1.20 / count)    **Amazon's Choice**

List: $6.88             -13% $25⁹⁹

List: $29.99

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers

Write a customer review



# DUOLETI

Visit the DUOLETI storefront

★★⯪☆☆ | **50% positive** lifetime (2 total ratings)

## About Seller

DUOLETI is committed to providing each customer with the highest standard of customer service.

**Have a question for DUOLETI?**

Ask a question

## Reviews

★★⯪☆☆ 2.5 out of 5
2 ratings

Lifetime ▾

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 50% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 50% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

2 total ratings, 2 with feedback for Lifetime ⓘ

★☆☆☆☆ "I charged product fully and it wont turn on. There is no switch. The seller has not responded in over a week. I want my money back. This is the second defective..."

Read more

By Sarah N on October 1, 2025.

★★★★☆ "This item is definitely cute. The one I got, though, did not have magnetic face with the additional facial features. I drew on my own smile."

By sasperger on August 31, 2025.

# DUOLETI

Visit the DUOLETI storefront

★★⯪☆☆ | **50% positive** lifetime (2 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Hangzhou Xinying Trading Company
**Business Address:**
  萧山区闻堰街道云涛名苑
  11幢1403室
  杭州市
  浙江
  310000
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

